B 1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Holley Performance Products Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**61-1291482** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1801 Russellville Road**<br>**Bowling Green, KY**<br>ZIP CODE **42101** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Warren** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |

#11308492 v1

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Holley Performance Products Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **District of Delaware** | Case Number: **08-10256 (PJW)** | Date Filed: **2/11/08** |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **See Form 1 attached** | Case Number: **Pending** | Date Filed: |
| District: **District of Delaware** | Relationship: **Affiliate** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No. Please see Exhibit C

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Holley Performance Products Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ Signature of Debtor | X _____ Signature of Foreign Representative |
| X _____ Signature of Joint Debtor | _____ Printed Name of Foreign Representative |
| _____ Telephone Number (If not represented by attorney) | _____ Date |
| _____ Date | |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ David B. Stratton* <br> Signature of Attorney for Debtor(s) <br> **David B. Stratton, Bar No. DE 960** <br> Printed Name of Attorney for Debtor(s) <br> **Pepper Hamilton LLP** <br> Firm Name <br> **1313 Market Street, P.O. Box 1709** <br> **Wilmington, DE 19899-1709** <br> Address <br> **(302) 777-6500** <br> Telephone Number <br> **9/27/09** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br> X */s/* <br> Signature of Authorized Individual <br><br> **Thomas W. Tomlinson** <br> Printed Name of Authorized Individual <br><br><br> **Chief Financial Officer** <br> Title of Authorized Individual <br><br> **9/27/09** <br> Date | _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

In re  Holley Performance Products Inc.              Case No.  09-_____

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor/District | Case No./Relationship |
|---|---|
| Holley Performance Products Holdings, Inc.<br>Delaware | 09-<br>Affiliate |
| Holley Performance Systems, Inc.<br>Delaware | 09-<br>Affiliate |
| Nitrous Oxide Systems, Inc.<br>Delaware | 09-<br>Affiliate |
| Weiand Automotive Industries, Inc.<br>Delaware | 09-<br>Affiliate |

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re HOLLEY PERFORMANCE PRODUCTS INC.   Case No. 09-_____ (___)

Debtor

Chapter 11

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| U.S. Bank, as Indenture Trustee for the 12.5% Senior Second Lien Secured Notes due 2013 PO Box 5390 Boston MA 02206 Phone: (617) 603-6624 | Katherine Constantine, Dorsey & Whitney LLP, Suite 1500 50 South Sixth Street Minneapolis, MN 55402, (612) 340-8792 | Bond Indenture | | $50,000,000 |
| Freeborn & Peters LLP 311 South Wacker Dr Suite 3000 Chicago IL 60606-6677 Phone: (312) 360-6000 Fax: (312) 360-6520 | Richard Traub Freeborn & Peters LLP 311 South Wacker Dr Suite 3000 Chicago IL 60606-6677 Phone: (312) 360-6000 | Contract Claim | | $443,000 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Electrocraft Arkansas, Inc. DMI Arkansas PO Box 90499 Chicago IL 60696 Phone: (501) 268-4203 Fax: (501) 268-4013 Electrocraft Arkansas, Inc. DMI Arkansas 1701 Benton St. Searcy AR 72143-6916 | Deanna Webb Electrocraft Arkansas, Inc. DMI Arkansas PO Box 90499 Chicago IL 60696 Phone: (501) 268-4203 | Trade Claim | | $304,000 |
| ABCO Die Casters 39 Tompkins Point Rd Newark NJ 07114 Phone: (973) 624-7030 Fax: (973) 624-7425 | Joe Vitollo ABCO Die Casters 39 Tompkins Point Rd Newark NJ 07114 Phone: (973) 624-7030 | Trade Claim | | $254,000 |
| The Troxel Company Inc PO Box 934520 Atlanta GA 31193-4520 Phone: (901) 877-6875 Fax: (901) 877-3439 The Troxel Company Inc. Highway 57 Moscow, TN 38057 | Rick Bauer 11495 Hwy 57 W PO 276 Moscow TN 38057 | Trade Claim | | $189,000 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Martin Machine Works Inc<br>34 Volunteer Lane<br>PO Box 295<br>Decaturville TN 38329<br>Phone: (731) 852-4818<br>Fax: (731) 852-4803 | Jamie Martin<br>Martin Machine Works Inc<br>34 Volunteer Lane<br>PO Box 295<br>Decaturville TN 38329<br>Phone: (731) 852-4818 | Trade Claim | | $169,000 |
| Taurus International Corporation<br>275 North Franklin Turnpike<br>Ramsey NJ 07446<br>Phone: (201) 825-5300<br>Fax: (201) 825-1437 | Richard Toth<br>Taurus International Corporation<br>275 North Franklin Turnpike<br>Ramsey NJ 07446<br>Phone: (201) 825-5300 | Trade Claim | | $136,000 |
| Valley Packaging Corp<br>275 Industrial Blvd<br>Pulaski TN 38478<br>Phone: (866) 376-5222<br>Fax: (931) 363-8063 | Cricket Bass<br>Valley Packaging Corp<br>275 Industrial Blvd<br>Pulaski TN 38478<br>Phone: (866) 376-5222 | Trade Claim | | $128,000 |

#11309202 v1

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Key Staff Source Inc<br>2721 6th Street<br>Tuscalossa AL 35401<br>Phone: (662) 327-8230<br>Phone: (205) 391-9041<br>Fax: (205) 391-9066<br><br>Key Staff Source Inc.<br>117 9TH Street North<br>Columbus MI 39701<br>Phone: (662) 327-8230<br>Fax: (662) 329-0035 | Leslie Hutchins<br>Key Staff Source Inc<br>2721 6th Street<br>Tuscalossa AL 35401<br>Phone: (662) 327-8230 | Contract Claim | | $123,000 |
| Patriot Gauges LLC<br>3 Washington Way<br>Franklin KY 42134<br>Phone: (270) 598-0021<br>Fax: (270) 598-0260 | Ron Coomes<br>Patriot Gauges LLC<br>3 Washington Way<br>Franklin KY 42134<br>Phone: (270) 598-0021 | Trade Claim | | $92,000 |
| Buddy Bar Casting Corp<br>10801 Sessler St<br>South Gate CA 90280<br>Phone: (562) 861-9664<br>Fax: (562) 861-9323 | Buddy Barksdale<br>Buddy Bar Casting Corp<br>10801 Sessler St<br>South Gate CA 90280<br>Phone: (562) 861-9664 | Trade Claim | | $89,000 |
| The DECC Company Inc<br>1266 Wallen Ave SW<br>Grand Rapids MI 49507<br>Phone: (616) 245-0431<br>Fax: (616) 245-8865 | Fred Mellema<br>The DECC Company Inc<br>1266 Wallen Ave SW<br>Grand Rapids MI 49507<br>Phone: (616) 245-0431 | Trade Claim | | $87,000 |

#11309202 v1

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Bowling Green Municipal<br>801 Center St.<br>Bowling Green KY 42102-7300<br>Phone: (270) 782-1200<br>Fax: (270) 782-4320 | Attn: President or General Manager<br>Bowling Green Municipal<br>801 Center St.<br>Bowling Green KY 42102-7300<br>Phone: (270) 782-1200 | Contract Claim | | $69,000 |
| Hemingway & Sons Screw Products<br>715 PCR 854<br>Perryville MO 63775<br>Phone: (573) 547-5822<br>Fax: (573) 547-4848 | Dennis Hemingway<br>Hemingway & Sons Screw Products<br>715 PCR 854<br>Perryville MO 63775<br>Phone: (573) 547-5822 | Trade Claim | | $68,000 |
| GP Performance Manufacturing<br>3240 Terminal Drive<br>Eagan MN 55121<br>Phone: (651) 454-0363<br>Fax: (651) 454-4909 | Steve Pearson<br>GP Performance Manufacturing<br>3240 Terminal Drive<br>Eagan MN 55121<br>Phone: (651) 454-0363 | Trade Claim | | $66,000 |
| Willis of Tennessee, Inc<br>PO Box 905601<br>Charlotte NC 28290-5601<br>Phone: (615) 872-3700<br>Fax: (615) 872-3896<br><br>Willis of Tennessee, Inc.<br>26 Century Blvd<br>Nashville TN 37214 | Chris Hills<br>Willis of Tennessee, Inc<br>PO Box 905601<br>Charlotte NC 28290-5601<br>Phone: (615) 872-3700 | Contract Claim | | $62,000 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| BLP Products Inc.<br>1015 W Church St<br>Orlando FL 32805<br>Phone: (407) 422-0394<br>Fax: (407) 422-2741 | Joe/Bo Laws<br>BLP Products Inc.<br>1015 W Church St<br>Orlando FL 32805<br>Phone: (407) 422-0394 | Trade Claim | | $53,000 |
| Parker Hannifin Corp<br>Hose Products Division<br>7879 Collection Center Dr<br>Chicago IL 60693<br>Phone: (440) 516-3231<br>Fax: (440) 943-3129 | Bill Sayavich<br>Parker Hannifin Corp<br>Hose Products Division<br>7879 Collection Center Dr<br>Chicago IL 60693<br>Phone: (440) 516-3231 | Trade Claim | | $49,000 |
| Lawson Industries Inc<br>PO Box 50097<br>Albany GA 31703<br>Phone: (800) 529-7664<br>Fax: (229) 420-8933<br><br>Lawson Industries Inc.<br>1536 Dougherty Ave<br>Albany GA 31705 | Michael Lawson<br>Lawson Industries Inc<br>PO Box 50097<br>Albany GA 31703<br>Phone: (800) 529-7664 | Trade Claim | | $45,000 |
| Precision Industries Corp.<br>24171 Network Place<br>Chicago IL 60661<br>Phone: (262) 946-0077<br>Fax: (262) 946-0078 | Eric Weber<br>Precision Industries Corp.<br>24171 Network Place<br>Chicago IL 60661<br>Phone: (262) 946-0077 | Trade Claim | | $42,000 |

#11309202 v1

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Sumter Coating Inc. 2410 Hwy 15 South Sumter SC 29154 Phone: (803) 481-3400 Fax: (803) 481-3776 | Ellen Monarch Sumter Coating Inc. 2410 Hwy 15 South Sumter SC 29154 Phone: (803) 481-3400 | Trade Claim | | $42,000 |
| Lifeskills Inc. Dept 8324 Carroll Stream IL 60122 Phone: (270) 842-1600 Fax: (270) 782-0058 Lifeskills, Inc. 922 State St. Bowling Green KY 42102 Phone: (270) 901-5000 Fax: (270) 781-0035 | Jan Eblen Lifeskills Inc. Dept 8324 Carroll Stream IL 60122 Phone: (270) 842-1600 | Trade Claim | | $38,000 |
| Las Cruces Machine & Mfg Co 600 S Main St Suite B Mesilla Park NM 88047 Phone: (575) 526-1411 Fax: (575) 526-8520 | Rod Mitchell Las Cruces Machine & Mfg Co 600 S Main St Suite B Mesilla Park NM 88047 Phone: (575) 526-1411 | Trade Claim | | $38,000 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Nexair LLC<br>PO Box 125<br>Memphis TN 38101<br>Phone: (901) 344-5280<br>Fax: (901) 348-1884<br><br>Nexair LLC<br>1385 Corporate Ave<br>Memphis TN 38132 | Merrel Pennington<br>Nexair LLC<br>PO Box 125<br>Memphis TN 38101<br>Phone: (901) 344-5280 | Trade Claim | | $37,000 |
| Freudenberg-Nok<br>PO Box 73229<br>Chicago IL 60673-7229<br>Phone: (608) 565-4252<br>Fax: (734) 354-2511<br><br>Freudenberg Nok<br>47690 East Anchor Court<br>Plymouth MI 48170<br>Phone: (734) 354-5351<br>Fax: (734) 354-5500 | Wendy Swinehart<br>Freudenberg-Nok<br>PO Box 73229<br>Chicago IL 60673-7229<br>Phone: (608) 565-4252 | Trade Claim | | $37,000 |
| Precision Production Inc.<br>15215 Chatfield Ave<br>Cleveland OH 44111<br>Phone: (216) 252-0372<br>Fax: (216) 252-6056 | Matt Carson<br>Precision Production Inc.<br>15215 Chatfield Ave<br>Cleveland OH 44111<br>Phone: (216) 252-0372 | Trade Claim | | $36,000 |

#11309202 v1

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Aerotek Commercial Staffing<br>PO Box 198531<br>Atlanta GA 30384<br>Phone: (888) 817-5024<br><br>Aerotek Commercial<br>7301 Parkway Dr.<br>Hanover MD 21076<br>Phone: (410) 694-5100<br>Fax: (410) 379-5032 | Amy Stott<br>Aerotek Commercial Staffing<br>PO Box 198531<br>Atlanta GA 30384<br>Phone: (888) 817-5024 | Contract Claim | | $36,000 |
| Micro Industries Inc.<br>200 W 2nd Street<br>PO Box 400<br>Rock Falls IL 61071<br>Phone: (815) 625-8000<br>Fax: (815) 625-2000 | Dave Gagliano<br>Micro Industries Inc.<br>200 W 2nd Street<br>PO Box 400<br>Rock Falls IL 61071<br>Phone: (815) 625-8000 | Trade Claim | | $35,000 |
| Golden State Tool & Die<br>7423 Varna Ave<br>No. Hollywood CA 91605<br>Phone: (818) 764-6060<br>Fax: (818) 764-5943 | Willy Boecker<br>Golden State Tool & Die<br>7423 Varna Ave<br>No. Hollywood CA 91605<br>Phone: (818) 764-6060 | Trade Claim | | $34,000 |

#11309202 v1

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Kongsberg Automotive Lockbox 50285 PO Box 8500 Philadelphia PA 19178 Phone: (860) 254-6249 Fax: (860) 254-6250<br><br>Kongsberg Automotive 3000 Kefauver Drive Milan TN 38358 Phone: (731) 686-0805 Fax: (731) 686-2340 | Jerry Usrey Kongsberg Automotive Lockbox 50285 PO Box 8500 Philadelphia PA 19178 Phone: (860) 254-6249 | Trade Claim | | $31,000 |

Date: September 27, 2009

Thomas W. Tomlinson
Co-CEO and CFO

#11309202 v1

# CERTIFICATION RESOLUTIONS

I, Thomas W. Tomlinson, do hereby certify that: (a) I am the duly elected, qualified and acting Secretary of Holley Performance Products Inc. (the "Company"); (b) the following resolutions were duly adopted by the Board of Directors of the Company, as of September 27, 2009, in accordance with the requirements of Delaware corporation law; and (c) said resolutions have not been amended, modified or rescinded and are in full force and effect as of the date hereof.

I. **Voluntary Petition and Retention of Professionals Under the Provisions of Chapter 11 of the United States Bankruptcy Code**

**RESOLVED**, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED**, that the officers of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the operation of the Company's business; and

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Pepper Hamilton LLP as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Pepper Hamilton LLP; and

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm

of Ropes & Gray LLP as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Ropes & Gray LLP; and

**RESOLVED,** that the Company may retain such other professionals to represent and/or assist this Company in the aforesaid Chapter 11 proceeding on a general retainer or such other terms or conditions as any Authorized Officer shall deem advisable; and

**RESOLVED** that, in connection with the prosecution of the Chapter 11 case, the Authorized Officer and any employees or agents (including counsel) designated by or directed by the Authorized Officer be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Company to cause the Company to enter into any agreements, instruments and documents as may be necessary, appropriate or desirable and to make such motions and other filings with the Bankruptcy Court, and do all other things, as may be or become necessary, appropriate or desirable in order to effectuate a sale of the Company; and

**RESOLVED** that the Authorized Officer, and any employees or agents (including counsel) designated by or directed by the Authorized Officer be, and each hereby is, authorized and empowered to cause the Company to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents and to take such other actions as in the judgment of the Authorized Officer shall be or become necessary, proper and desirable to prosecute to a successful completion the Chapter 11 case, to effectuate the restructuring of the debt, other obligations, organizational form and structure of the Company consistent with the foregoing votes and to carry out and put into effect the purposes of the foregoing votes and the transactions contemplated by these votes, their

#11309296 v4

authority thereunto to be evidenced by the taking of such actions; and

**RESOLVED** that any and all past actions heretofore taken by officers or directors of the Company in the name of and on behalf of the Company in furtherance of any or all of the preceding votes be, and the same hereby are, ratified, approved and adopted; and

II. **Further Actions and Prior Actions**

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the 27th day of September, 2009.

Thomas W. Tomlinson
Secretary

#11309296 v4