# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>HOLLEY PERFORMANCE PRODUCTS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09– 13333 (PJW)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JAMES A. WRIGHT, III

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of James A. Wright, III, Esq. to represent the Debtors and Debtors-in-Possession in the above-captioned cases.

Date: September 28, 2009
Wilmington, Delaware

/s/ John H. Schanne, II
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
John H. Schanne, II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 777-6500

---

[1] The Debtors are the following entities: Holley Performance Products Inc., a Delaware corporation (EIN XX-XXX1482); Holley Performance Products Holdings, Inc., a Delaware corporation (EIN XX-XXX3923); Nitrous Oxide Systems, Inc., a Delaware corporation (EIN XX-XXX0663); Weiand Automotive Industries, Inc., a Delaware corporation (EIN XX-XXX6699); and Holley Performance Systems, Inc., a Delaware Corporation (EIN XX-XXX8014). The Debtors' address is 1801 Russellville Road, Bowling Green, Kentucky 42101.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in, among others, the bars of the State of New York and the Commonwealth of Massachusetts, and the United States District Courts for the Southern and Eastern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or court of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

_____
James A. Wright, III, Esq.
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
Tel: (617) 951-7000

## ORDER GRANTING MOTION
IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
Honorable Peter J. Walsh
United States Bankruptcy Judge

#11535481 v1