**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

IN THE MATTER OF: Chapter 11

Holley Performance Products, Inc.

    Joint Debtors.     Case No. 09-13333-PJW

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( ) Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( ) Insufficient response to the United States Trustee communication/contact for service on the committee.

( ) No unsecured creditor interest

( ) Non-operating debtor-in-possession - - No creditor interest.

( ) Application to convert to Chapter 7 or to dismiss pending.

( ) Converted or dismissed.

(X) Other:

                          **ROBERTA A. DeANGELIS,
ACTING UNITED STATES TRUSTEE**

                          /s/ David L. Buchbinder
                          William K. Harrington
                          Assistant United States Trustee

DATED: October 9, 2009

Trial Attorney Assigned to Case: David L. Buchbinder
cc: Attorney for Debtor: David Stratton, Esq., Pepper Hamilton, LLP