# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Holley Performance Products Inc., et al., |
| **Case Number:** | 09-13333-PJW  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 07, 2010 10:30 AM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

## *Matter:*

Omnibus/sale
**R / M #:**   260 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Order signed on 1/4/10
#2 - Certification of Counsel filed and Order signed
#3 - Order signed
#4 - CNO filed and Order signed
#5 - Continued to 2/11/10 @ 10:30 a.m.