# SCHEDULE A

| Counterparty | Title | Date | Notice Address | Type | Estimated Cure Amount |
|---|---|---|---|---|---|
| Siamak Attar-seyedi | Confidentiality and Non-Competition Agreement | 1/24/05 | 323 Tall Meadow Lane, Yardley PA 19067 | Confidentiality Agreement | $0 |
| Jared Brandt | Confidentiality and Non-Competition Agreement | 10/1/04 | 320 Montague Avenue, Franklin, KY 42134 | Confidentiality Agreement | $0 |
| Nigel Janes | Confidentiality and Non-Competition Agreement | 9/27/04 | 45 Sterling Way, Bowling Green, KY 42101 | Confidentiality Agreement t | $0 |